# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Villarreal, | ) | |
| | ) | Case No. 1:07-mj-042 |
| Defendant. | ) | |

___

The court convened a detention hearing and preliminary hearing on July 6, 2007. AUSA Rick Volk appeared on the government's behalf. Assistant Federal Public Defender William Schmidt appeared on the Defendant's behalf.

At the outset of the hearing the Defendant waived his right to a preliminary hearing. In addition, the Defendant waived his right to any further detention hearings and consented to be detained on the condition that he will be released to a halfway house once bed space becomes available. The court finds that the Defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived her right to a detention hearing and a preliminary hearing and consented to be detained pending placement in a halfway house. Further, based upon the Defendant's waiver of a preliminary hearing, the court finds that there is probable cause to believe that the Defendant may have committed the offense alleged in the complaint.

The court **GRANTS** the Government's Motion to Detain and with the understanding that the Defendant shall be released to a halfway house once bed space becomes available. Until such time the Defendant shall be committed to the custody of the Attorney General or his designated

representative for confinement in a corrections facility. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding. At such time that bed space becomes available at either Centre, Inc. or the Bismarck Transition Center, the court shall issue an order authorizing the Defendant's release.

Dated this 6th day of July, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge